

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2021

No. 04-19-00704-CR

Ex parte James Burke **JARREAU**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice[1]
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice[1]
Lori I. Valenzuela, Justice[1]

## ORDER

The Court has considered appellant's motion for en banc reconsideration and appellee's response[2] to the motion. Appellant's motion for en banc reconsideration is DENIED.

_____
Irene Rios, Justice

---

[1]Dissenting to denial without opinion.

[2]As mentioned in appellee's response, a prior opinion from this Court, *Sanchez-Vasquez v. State*, 610 S.W.3d 36 (Tex. App.—San Antonio 2020, no pet.), did not address *Johnson v. United States*, 576 U.S. 591 (2015), and its effect on facial vagueness challenges to criminal statutes. We welcome further guidance on this issue from the Texas Court of Criminal Appeals.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2021.



Michael A. Cruz,
Clerk of Court